UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

LONNIE BRAND, JR.                                                                                  Plaintiff,

v.                                                                             Civil Action No. 3:18-cv-P95-DJH

JEFFERSON COUNTY COURTS *et al*.,                                                                 Defendants.

\* \* \* \* \*

## MEMORANDUM OPINION

Plaintiff Lonnie Brand Jr., a pretrial detainee incarcerated at the Louisville Metro Department of Corrections, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 (DN 1). By Memorandum Opinion and Order entered on April 3, 2018, the Court conducted an initial review of the complaint pursuant to 28 U.S.C. § 1915A and dismissed Plaintiff's claims pursuant to § 1915A(b)(1) for failure to state a claim upon which relief may be granted (DN 6). The Court, however, provided Plaintiff an opportunity to file an amended complaint with regard to his excessive-force claim. *See LaFountain v. Harry*, 716 F.3d 944, 951 (6th Cir. 2013) ("[U]nder Rule 15(a) a district court can allow a plaintiff to amend his complaint even when the complaint is subject to dismissal under the PLRA [Prison Litigation Reform Act]."). The Court advised Plaintiff that his amended complaint should provide additional details about the alleged excessive-force incident, name as Defendants the individuals who were allegedly involved in the incident, and indicate that he was suing these Defendants in their individual capacities. The Court warned Plaintiff that his failure to file an amended complaint within 30 days from entry of the Memorandum Opinion and Order would result in the entry of a final Order dismissing the action for the reasons stated therein.

The 30-day period has expired, and the record reflects that Plaintiff has not filed an amended complaint. Therefore, the Court will enter a separate Order dismissing this action.

Date: June 19, 2018

**David J. Hale, Judge**
**United States District Court**

cc: Plaintiff, *pro se*
    Defendants
4415.011